IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

EDWARD PAUL CHEVALLIER     PLAINTIFF

v.     Case No. 3:11-CV-03050

CARROLL COUNTY DEPUTY
SHERIFF JOEL HAND, in his individual capacity     DEFENDANTS

## ORDER

Pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit (Doc. 30), the Court hereby reverses its order (Doc. 24) denying Defendant Sheriff Joel Hand's motion for partial summary judgment (Doc. 15) with respect to Plaintiff's false arrest/false imprisonment claim. This claim is therefore DISMISSED WITH PREJUDICE.

Plaintiff's remaining claim for unlawful use of excessive force, made pursuant to 42 U.S.C. § 1983, will be set for trial by separate order.

**IT IS SO ORDERED** this 15th day of August, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U. S. DISTRICT JUDGE